# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Lynette Roberts, *individually and on behalf of all similarly situated individuals*,<br><br>Plaintiff,<br><br>v.<br><br>Charles Agrusa, Inc. and Smart Data Solutions, LLC,<br><br>Defendants. | Civil No. 24-914 (DWF/DLM)<br><br><br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Based upon the Joint Stipulation for Dismissal with Prejudice filed by the parties on August 5, 2024, (Doc. No. [16]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits, without costs, attorneys' fees, or disbursements to any of the parties herein.

Dated: August 5, 2024

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge